UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



JOHN DOE,

          Plaintiff - Appellant,

  v.

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT; et al.,

          Defendants - Appellees.

No. 25-7438

D.C. No.
3:25-cv-02930-RFL
Northern District of California,
San Francisco

ORDER

Before: WARDLAW, BEA, and SANCHEZ, Circuit Judges.

The motion (Docket Entry No. 61) for recusal and reassignment is granted.

Judge Wardlaw disagrees with the reasoning behind the request for her recusal, but does not have any reason to doubt the sincerity of the request. Therefore, in an abundance of caution, she is recusing herself from this case.

The May 26, 2026, memorandum disposition dismissing this appeal is vacated and the case will be reassigned.

The petition for rehearing (Docket Entry No. 59) is denied as moot.